```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  HILARY A. FOX
    Assistant Federal Public Defender
 3  555 12th Street, Suite 650
    Oakland, CA 94607
 4  Tel: (510) 637-3500
    Counsel for Defendant FLORES-ONOFRE
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-686-MJJ |
| | ) | |
| v. | ) | STIPULATION AND [REDACTED] |
| | ) | ORDER CONTINUING DATE FOR |
| JOSE FLORES-ONOFRE, | ) | STATUS HEARING |
| | ) | |
| Defendant. | ) | Date: December 1, 2006 |
| | ) | Time: 2:30 p.m. |
| | ) | Court: Hon. Martin J. Jenkins |
| | | U.S. District Court |

This matter is currently scheduled for a status and setting hearing on Friday, December 1, 2006, at 2:30. The parties jointly request that this hearing date be continued to the new date of January 19, 2007, at 2:30 p.m., to afford defendant additional time to complete ongoing investigation. Defendant is investigating the circumstances of Mr. Flores-Onofre's prior conviction and deportation and is in the process of obtaining records regarding these events that have not yet been received. The parties agree that it is appropriate to continue Mr. Flores-Onofre's appearance so that defendant may complete this investigation before proceeding to set motions or trial dates in this matter. Mr. Flores-Onofre has no objection to the proposed continuance.

The parties further stipulate and agree that the time between December 1, 2006 and January 19, 2007, should be excluded under the Speedy Trial Act to afford the defendant the reasonable

STIP AND ORD TO CONT HEARING                - 1 -

time necessary for effective preparation. 18 U.S.C. §3161(h)(8)(A) and (b)(iv).

SO STIPULATED.

Dated: November 30, 2006 /S/
_____
HILARY A. FOX
Attorney for Defendant FLORES-ONOFRE

SO STIPULATED.

Dated: November 30, 2006 /S/
_____
VINEET GAURI (DOUGLAS SPRAGUE for)
Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the hearing currently set for Friday, December 1, 2006, at 2:30 p.m. is continued to January 19, 2007 at 2:30 p.m. in the Federal Courthouse in Oakland, California. The Court further finds that the period from December 1 through January 19, 2007 shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (b)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court finds, based on the stipulation of the parties, that the continuance is necessary to afford the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: December 1, 2006

_____
MARTIN J. JENKINS
United States District Court

STIP AND ORD TO CONT HEARING        - 2 -